In the Matter of the Transfer Tax upon the Estate of
HENRIETTA HUTTON, Deceased.

FREDERICK H. ALLEN et al., as Administrators with the
Will Annexed, Appellants; THE COMPTROLLER OF THE
STATE OF NEW YORK, Respondent.

*Matter of Hutton,* 176 App. Div. 217, affirmed.
(Argued April 16, 1917; decided May 1, 1917.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 19, 1917, which reversed an order of the
New York County Surrogate's Court assessing a transfer
tax upon the estate of Henrietta Hutton, deceased. Three
distinct trust estates were created by clause " Sixth " of the
will of testatrix, one for each of her three children, and
the controversy which has arisen relates solely to the tax-
ation of the three remainders of said three trust estates.

*T. Ludlow Chrystie* and *William C. Cammann* for
appellants.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for
respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.